1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  REMINGTON DONO LEBOE,

9              Plaintiff,                    CASE NO. 2:21-cv-01336-RSM-BAT

10      v.                                   **ORDER OF DISMISSAL**

11  MARISSA ALVAREZ, et al.,

12              Defendant.

13

14      Having reviewed the Report and Recommendation of the assigned United States

15  Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds

16  and ORDERS:

17      (1)   The Court ADOPTS the Report and Recommendation.

18      (2)   The case is dismissed with prejudice.

19      (3)   The Clerk is directed to send copies of this Order to the parties and to Judge

20  Tsuchida.

21  //

22  //

23  //

ORDER OF DISMISSAL - 1

1  DATED this 16th day of December, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2